No. 1025. ATCHISON, TOPEKA & SANTA FE RAILWAY Co. *v.* COOPER. June 2, 1941. Petition for writ of cer-

tiorari to the Supreme Court of Missouri denied. *Messrs. Cyrus Crane, Geo. J. Mersereau, John N. Monteith,* and *Horace F. Blackwell, Jr.* for petitioner. *Mr. C. A. Randolph* for respondent.